In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00434-CV**
_____

**CHARLES RAY MASON, Appellant**

**V.**

**ARTHUR J. WOOD, GARY E. HUNTER, BRENDA SPITALERI, PATRICIA A. STROBL, MARCIAL J. FOISIE JR., BRIDGETTE D. CHARLIE, RAMONA E. JORDAN, AND CYNTHIA WOOD, Appellees**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. CIV24101**

**MEMORANDUM OPINION**

Charles Ray Mason filed a notice of appeal from the trial court's order denying his motion for entry of a judgment *nunc pro tunc*. We questioned our jurisdiction and notified the parties that the appeal would be dismissed for want of jurisdiction unless we received a response establishing our jurisdiction. Mason filed a response, but he failed to demonstrate that this Court has jurisdiction.

1

This Court's appellate jurisdiction is limited to appeals from final judgments and such interlocutory orders as the legislature has deemed appealable. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014; *Shadowbrook Apartments v. Abu-Ahmad*, 783 S.W.2d 210, 211 (Tex. 1990) (holding that the denial of a motion for judgment *nunc pro tunc* is not a final, appealable order); *North East Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966) (holding that appeal ordinarily may be taken only from a final judgment). The trial court's order denying Mason's motion for judgment *nunc pro tunc* is not a final, appealable order. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014; *Shadowbrook Apartments*, 783 S.W.2d at 211. Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 15, 2020
Opinion Delivered January 16, 2020

Before Kreger, Horton, and Johnson, JJ.